FILED BY JPW D.C.

05 JUN -2 PM 2:17

ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
### WESTERN DIVISION

FILED BY JM D.C.

05 JUN -2 PM 2:17

Robert R. Di Trolio
CLERK U.S. DIST. CT.
W.D. OF TN. MEMPHIS

UNITED STATES OF AMERICA,

   Plaintiff,

VS.

JONNETTA HAMMOND,

   Defendant.

Docket No. 04-20455

MOTION GRANTED /s/ Jon P. McCalla
JON PHIPPS McCALLA
U.S. DISTRICT JUDGE
6/2/05
DATE

**MOTION TO RESET SENTENCING DATE** — Reset to July 5, 2005 at 8:45 A.M.

**COMES NOW** the Defendant, Jonnetta Hammond, by and through appointed Counsel, Stephen A. Sauer, and files this Motion to Reset Sentencing Date.

The U.S. Probation Officer has filed a Second and a Third Addendum to the Presentence Report, both filed less than one week prior to the current sentencing date of June 3, 2005. The Third Addendum indicates that due to an increase in the possible restitution involved in the case, the Defendant's sentence may require incarceration. The Defendant therefore requests a continuance of the sentencing date to allow time to clarify the calculations used by the victims and the Probation office in determining the amount of restitution and the number of victims that will be applied in calculating Defendant's possible sentence.

Counsel for Defendant has spoken with Assistant United States Attorney Valeria R. Oliver and she joins in this request for a continuance to clarify the amount of restitution.

Wherefore, Defendant requests that the current sentencing date of June 3, 2005, be reset to allow for further time to investigate the proper amount of restitution and the proper number of

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 6-3-05

(30)

victims to be used in calculating Defendant's sentence.

Respectfully submitted:

STEPHEN A. SAUER (015254)
Attorney for Defendant
8 South Third, Fourth Floor
Memphis, TN 38103
(901) 529-8500

## CERTIFICATE OF SERVICE

I, the undersigned, do hereby certify that a true and exact copy of the foregoing document has been served upon Ms. Rae Oliver, Assistant United States Attorney, at 167 North Main, Suite 800, Memphis, Tennessee 38103 and to Ms. Margaret Gibson, U.S. Probation Officer, 167 North Main, Suite 234, Memphis, TN 38103, via hand-delivery or by placing the same in the United States mail, postage prepaid, on this the 2nd day of June, 2005.

STEPHEN A. SAUER

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 30 in case 2:04-CR-20455 was distributed by fax, mail, or direct printing on June 3, 2005 to the parties listed.

---

Valeria Rae Oliver
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Stephen A. Sauer
LAW OFFICE OF STEPHEN A. SAUER
8 S. Third St.
4th Floor
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT